| | |
|---|---|
| SEYFARTH SHAW LLP<br>Christian J. Rowley (SBN 187293)<br>crowley@seyfarth.com<br>Kerry M. Friedrichs (SBN 198143)<br>kfriedrichs@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>SEYFARTH SHAW LLP<br>Sophia S. Kwan (SBN 257666)<br>skwan@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA  95814<br>Telephone:     (916) 448-0159<br>Facsimile:      (916) 558-4839<br><br>Attorneys for Defendants<br>Berry Petroleum Company, LLC and<br>Linn Operating, Inc. | THE DION-KINDEM LAW FIRM<br>Peter R. Dion-Kindem, P.C.<br>Peter R. Dion-Kindem (SBN 95267)<br>peter@dion-kindemlaw.com<br>21550 Oxnard Street, Suite 900<br>Woodland Hills, California  91367<br>Telephone:  (818) 883-4900<br>Facsimile:   (818) 883-4902<br><br>THE BLANCHARD LAW GROUP, APC<br>Lonnie C. Blanchard, III (SBN 93530)<br>lonnieblanchard@gmail.com<br>3311 East Pico Boulevard<br>Los Angeles, California  90023<br>Telephone  (213) 599-8255<br>Facsimile: (213) 402-3949<br><br>HOLMES LAW GROUP, APC<br>Jeffrey D. Holmes (SBN 100891)<br>jeffholmesjh@gmail.com<br>3311 East Pico Boulevard<br>Los Angeles, California  90023<br>Telephone:  (310) 396-9045<br>Facsimile:   (970) 497-4922<br><br>Attorneys for Plaintiff Kenneth Willis |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Willis, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Enterprise Drilling Fluids, Inc., Berry Petroleum Company, LLC, Linn Operating, Inc., and DOES 1 through 10,<br><br>Defendants. | Case No. 1:15-cv-00688 --- JLT<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE FIRST RESPONSIVE PLEADING TO CLASS ACTION COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>**(Doc. 10)** |

Pursuant to L.R. 144(a), Plaintiff KENNETH WILLIS, individually and on behalf of others similarly situated, and Defendants BERRY PETROLEUM COMPANY, LLC, and LINN OPERATING, INC. ("Defendants") (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff's Class Action Complaint was filed on May 5, 2015;

1  WHEREAS, Defendants were served with the Class Action Complaint on May 13, 2015;

2  WHEREAS, Defendants' deadline to file a first responsive pleading is June 3, 2015;

3  WHEREAS, on May 29, 2015 the Parties stipulated and agreed to a 21-day time extension for
4  Defendants to file a responsive pleading to the Class Action Complaint, up to and including June 24,
5  2015;

6  WHEREAS, on June 22, 2015, the Parties stipulated and agreed to a 7-day time extension for
7  Defendants to file a responsive pleading to the Class Action Complaint, up to and including July 1,
8  2015;

9  WHEREAS, the Parties have not stipulated to extend the time for Defendants to file a responsive
10  pleading to the Class Action Complaint by more than 28 days as permitted under L.R. 144(a);

11  **IT IS SO STIPULATED** that the Parties agree to a 7-day extension of time for Defendants to
12  file a responsive pleading to the Class Action Complaint, up to and including July 1, 2015.  The Parties
13  further agree that this extension will not alter the date of any event or any deadline already fixed by
14  Court Order including, but not limited to, the August 19, 2015 Scheduling Conference.  By signing this
15  stipulation, the parties have not waived any rights or defenses with respect to any potential issue in this
16  litigation, including but not limited to, the assertion of jurisdictional and any other defenses, either by
17  motion or otherwise.

18
19  Dated:  June 22, 2015                                         SEYFARTH SHAW LLP
20
21                                                               By:     /s Christian J. Rowley
22                                                                       Christian J. Rowley
                                                                         Kerry M. Friedrichs
                                                                         Sophia S. Kwan
23
                                                                 Attorneys for Defendants
24                                                               Berry Petroleum Company, LLC and
                                                                 Linn Operating, Inc.
25
26
27
28

Dated: June 22, 2015                          THE DION-KINDEM LAW FIRM


By:   /s Peter R. Dion-Kindem
      Peter R. Dion-Kindem, P.C.
      Peter R. Dion-Kindem
      Attorneys for Plaintiff Kenneth Willis


**ORDER**

The Court, having reviewed the Parties' Second Stipulation to Extend Time to Respond to the Complaint, and finding GOOD CAUSE appearing therefor, hereby GRANTS the Parties' stipulated request, and hereby extends Defendants' deadline to file a first responsive pleading from June 24, 2015 to July 1, 2015.

**<u>Absolutely no further requests for extensions of time to file the responsive pleading will be considered.</u>**

IT IS SO ORDERED.

Dated:   **June 23, 2015**                          **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE