UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENTERPRISE DRILLING FLUIDS, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-000688 - JLT<br><br>ORDER GRANTING DEFENDANT DRILTEK'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION OR STATEMENT OF NONOPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT<br><br>(Doc. 75) |

On August 26, 2016, the Court granted Driltek's motion for summary judgment. (Doc. 65) Given there were other parties involved in the case, the Court did not enter judgment. After filing his notice of appeal and being confronted, apparently, with the fact that no judgment had entered, the plaintiff filed an application for entry of judgment. (Doc. 72) The Court ordered the other parties to file opposition or a statement of non-opposition to the request. (Doc. 74) Due to inadvertence, counsel for Driltek was deleted from the service list and did not receive the Court's order. (Doc. 75 at 2) Thus, Driltek requests an extension of time to respond until November 10, 2016. Id.

Good cause appearing, Driltek's request for an extension of time to November 10, 2016 to file an opposition or a statement of non-opposition to the plaintiff's request for entry of judgment is **GRANTED**.

IT IS SO ORDERED.

　　Dated:　**October 28, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE