PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone: (213) 599-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

JEFF HOLMES (SBN 100891)
HOLMES LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone: (310) 396-9045
Fax: (970) 497-4922
Email: jeffholmesjh@gmail.com

Attorneys for Plaintiff Kenneth Willis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Willis, an individual, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>Enterprise Drilling Fluids, Inc., James Joslyn, Driltek, Inc., and Does 1 through 10,<br><br>　　Defendants. | **Case No. 1:15-CV-00688- JLT**<br>*(Assigned to the Hon. Jennifer L. Thurston)*<br><br>**Joint Stipulation of Voluntary Dismissal of Case and [~~Proposed~~] Order Thereon (Doc. 84)** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kenneth Willis ("Willis") and Defendants Enterprise Drilling Fluids, Inc. and James Joslyn ("Defendants").

{00080383;1} **Joint Stipulation of Voluntary Dismissal of Case and [~~Proposed~~] Order Thereon**

1

1. Plaintiff and Defendants have entered into a confidential non-class settlement agreement providing for the payment of certain sums by Defendants to Plaintiff, the last of which is due approximately 97 days from August 14, 2017;
2. Upon payment of the sums owing by Defendants to Plaintiffs,
    a. Plaintiff's agrees to the voluntary dismissal with prejudice of any and all purported individual claims belonging to Willis against Defendants;
    b. Plaintiff agrees to the voluntary dismissal without prejudice of all purported class claims of Willis against Defendants;
    c. Plaintiff agrees to the voluntary dismissal without prejudice of all purported PAGA claims against Defendants;
3. This Stipulation shall not affect any individual, class or PAGA claims against Defendant Driltek, Inc.
4. This dismissal is without an award of attorneys' fees, interest, or costs to any party as between Willis and Defendants, as each side will bear their own attorney's fees and costs.

Dated: August 15, 2017        THE DION-KINDEM LAW FIRM

BY:   /s Peter R. Dion-Kindem
      PETER R. DION-KINDEM, P.C.
      PETER R. DION-KINDEM
      Attorney for Plaintiff Kenneth Willis

Dated: August 15, 2017        LAW OFFICES OF LEBEAU · THELEN, LLP

BY:   /s DANIEL KLINGENBERGER
      DANIEL K. KLINGENBERGER
      Attorneys for Defendant Enterprise Drilling Fluids, Inc. and James Joslyn

# **ORDER**

The parties have stipulated to dismiss the action with prejudice with each party bearing their own fees and costs. (Doc. 84 at 2) The stipulation of dismissal does not impact the rights of the class or impact that the PAGA claims may proceed in a different action. Id.

Federal Rules of Civil Procedure 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **August 15, 2017**          /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE