# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENTERPRISE DRILLING FLUIDS, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:15-cv-0688 - JLT <br><br> ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY WITH THE LOCAL RULES <br><br> ORDER CONTINUING THE PRE-TRIAL CONFERENCE TO NOVEMBER 30, 2017 |

Previously, the Court held a further scheduling conference with the parties, and set a pretrial conference for November 3, 2017. (Doc. 83 at 1) Pursuant to Local Rule 281, the parties were to file a pretrial statement at least seven days before the date of the conference. *See* Local Rule 281(a). To date, no pretrial statements have been filed.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with the[] Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may impose sanctions, including dismissal, for failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See*, *e.g*. *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for failure to

1

prosecute and to comply with local rules); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (sanctions for failure to comply with an order).

Accordingly, the Court **ORDERS**:

1. The parties **SHALL** show cause in writing no later than **November 22, 2017** why sanctions should not be imposed for their failure to comply with the Local Rules or, in the alternative, file a joint pretrial statement pursuant to Local Rule 281(a)(2) no later than **November 22, 2017**; and

2. The pre-trial conference is CONTINUED to **November 30, 2017** at 1:30 p.m.

IT IS SO ORDERED.

Dated: **November 1, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE