**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>ENTERPRISE DRILLING FLUIDS, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-0688 – JLT<br><br>ORDER WITHDRAWING THE ORDER TO SHOW CAUSE DATED NOVEMBER 1, 2017 (Doc. 88)<br><br>ORDER DIRECTING PLAINTIFF SHOW CAUSE IN WRITING WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE LOCAL RULES |

Previously, the Court held a further scheduling conference with the parties, and set a pretrial conference for November 3, 2017. (Doc. 83 at 1) Pursuant to Local Rule 281, Plaintiff was to file and serve a pretrial statement "[n]ot less than fourteen (14) days before the date set by the Court for the holding of the final pretrial conference." *See* Local Rule 281(a)(1). To date, a pretrial statement has not been filed, and Plaintiff has taken no other action to continue prosecuting this action.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with the[] Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may impose sanctions, including dismissal, for failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.

1

*See*, *e.g*. *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissing the action for failure to prosecute and to comply with local rules).

Accordingly, the Court **ORDERS**:

1. The order to show cause directed to all parties (Doc. 88) is **WITHDRAWN**;
2. Plaintiff **SHALL** show cause within fourteen days of the date of service of this Order why the action should not be dismissed for failure to comply with the Local Rules and failure to prosecute; and
2. The pre-trial conference set for November 3, 2017 is **VACATED**.

IT IS SO ORDERED.

Dated: **November 1, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE